# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**In Re.:**
**Bank of America, N.A,**
**Appellant,**

**v.**                                               **Case No: 8:13-CV-2557-T-35**
                                                     **Bankruptcy No. 8:13-bk-04066-KRM**

**Elke Maria Bachier,**
**Appellee.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

___X___ IS NOT related to any pending or closed civil or criminal case filed with this

Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER

ACTIONS upon each party no later than fourteen days after appearance of the

party.

Dated: October 24, 2013

                        Respectfully submitted,

                        By: __/s/ Laudy Luna Perez_____
                                Laudy Luna Perez
                                Florida Bar Number 044544
                                Liebler, Gonzalez & Portuondo, P.A.
                                44 West Flagler Street, Suite 2500
                                Miami, Florida 33130
                                Tel: (305)379-0400
                                Fax: (305)379-9626
                                E-Mail: llp@lgplaw.com

                                Craig Goldblatt
                                Wilmer Cutler Pickering Hale & Dorr LLP
                                1875 Pennsylvania Ave., N.W.
                                Washington, D.C.  20006
                                (202) 663-6000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF PENDENCY OF OTHER ACTIONS was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case, and by U.S. Mail, postage-prepaid upon: Elke Bachier, Appellee, 5434 Turtle Loop, Tampa, FL 33625.

This the 24th day of October, 2013.

*/s/ Laudy Luna Perez*
Laudy Luna Perez
Florida Bar Number 044544
Liebler, Gonzalez & Portuondo, P.A.
44 West Flagler Street, Suite 2500
Miami, Florida 33130
Tel: (305)379-0400
Fax: (305)379-9626
E-Mail: llp@lgplaw.com

*Counsel for Bank of America, N.A.*