UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BANK OF AMERICA, N.A.,
          Appellant,

v.     Case No. 8:13-cv-2557-MSS

ELKE MARIA BACHIER,
          Appellee.
_____/

### STIPULATED ORDER EXTENDING APPELLEE/DEBTOR'S TIME TO FILE RESPONSIVE BRIEF AND RELIEVING MARIBEL MARTINEZ, ESQ. LLC AS COUNSEL FOR APPELLEE/DEBTOR

WHEREAS, Elke Maria Bachier, ("Debtor") in the above-captioned Chapter 7 case retained Maribel Martinez, Esq, LLC (hereinafter "debtor's attorney") to represent her in a chapter 7 bankruptcy case and debtor's attorney has fulfilled her duty to Debtor, and

WHEREAS, Debtor never retained debtor's attorney for an appeal, and it was never contemplated that Debtor's attorney would represent debtor on appeal, and

WHEREAS, Debtor's attorney never entered an appearance in the appeal and the only reason Debtor's attorney name was associated with this appeal is that Appellant named Debtor's attorney after erroneously assuming that Debtor's attorney would represent Debtor in an appeal, and

WHEREAS, Debtor is seeking counsel for the appeal and needs additional time to find counsel, and

WHEREAS Bank of America, N.A., Debtor and Debtor's attorney have no objection to Maribel Martinez withdrawing as Debtor's attorney and extending Debtor's time to file her responsive brief,

THE PARTIES HEREBY STIPULATE AND AGREE, AND THE COURT SO ORDERS, THAT:

1

ActiveUS 113439518v.1

1. Maribel Martinez, Esq., LLC be and hereby is relieved and withdrawn as counsel for Elke Maria Bachier.

2. Debtor's time to file responsive brief is hereby extended (60) sixty days.

3. All future notices in these proceedings shall be served upon Elke Maria Bachier at the address of record.

STIPULATED AND AGREED TO BY:

Bank of America, N.A.

By: __s/Laudy Luna Perez__    Dated: 10/31/13
Laudy Luna Perez
Liebler, González & Portuondo, P.A.
44 West Flagler Street, Suite 2500
Miami, Florida 33130
(305)379-0400

Elke Maria Bachier, Debtor

By: _/s/ Elke M. Bachier_    Dated: 11-5-2013
Elke Bachier
5434 Turtle Loop
Tampa, FL 33625

Maribel Martinez, Debtor's Attorney

By: _____    Dated: 11/5/13
Maribel Martinez
Maribel Martinez, Esq., LLC
5811 Memorial Hwy, Ste, 104
Tampa, Florida 33615
(813) 871-1529

Done and Ordered this _____ day of _____, 2013

SO ORDERED

_____
HONORABLE MARY S. SCRIVEN
United States District Court Judge