**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:
Elke Maria Bachier,                                      Case No. 8:13-bk-04066-KRM

    Debtor.
_____/

**BANK OF AMERICA, N.A.,**

    Appellant,

v.                                                       Case No. 8:13-cv-02557-MSS

**ELKE MARIA BACHIER,**

    Appellee.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Parties' Stipulated Order Extending Appellee/Debtor's Time to File Responsive Brief and Relieving Maribel Martinez, Esq., LLC as Counsel for Appellee/Debtor. (Dkt. 6) The Parties assert that Appellee retained Maribel Martinez, Esq., LLC to represent her in a Chapter 7 bankruptcy case. However, Appellee never retained Maribel Martinez, Esq., LLC to represent her in an appeal. As a result, Maribel Martinez, Esq. LLC seeks to withdraw from this appeal.

Further, Appellee is seeking new counsel for this appeal and needs additional time to file a responsive brief. The Parties have agreed to an extension of sixty (60) days for Appellee to file her responsive brief.

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. The Stipulated Motion to Extend Appellee/Debtor's Time to File Responsive Brief and Relieving Maribel Martinez, Esq., LLC as Counsel for Appellee/Debtor (Dkt. 6) is **GRANTED**.

2. The Clerk is directed to **TERMINATE** Maribel Martinez and the law firm of Maribel Martinez, Esq., LLC as counsel for Appellee.

3. Appellee Elke Maria Bachier shall have **up to and including January 22, 2014**, to file her response to Appellant's Motion and Memorandum of Law for Summary Affirmance Subject to Appellate Review and/or responsive brief.

4. The Clerk is directed to **MAIL** a copy of this Order, Appellant's Motion and Memorandum of Law for Summary Affirmance Subject to Appellate Review (Dkt. 4), and any future filings made by the Court to

> Elke Maria Bachier
> 5434 Turtle Loop
> Tampa, Florida 33625

until further notice from the Court, Appellee, or appearance by new counsel.

**DONE** and **ORDERED** in Tampa, Florida, on this 20th day of November 2013.

_/s/ Mary S. Scriven_
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* Parties