# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re.:
Bank of America, N.A,
Appellant,
v.

Elke Maria Bachier,
Appellee.
_____/

Case No: 8:13-CV-2557-T-35
Bankruptcy No. 8:13-bk-04066-KRM

## AMENDED NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action is related pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Bank of America, N.A. v. Randall Madden, et al.*, No. 13-14438 (11th Cir.)

*Bank of America, N.A. v. Trina Renee Banks*, No. 13-13867 (11th Cir.)

*Bank of America, N.A. v. Belinda Tolbert Brown*, No. 13-14298 (11th Cir.)

*Bank of America, N.A. v. Christopher Clayton Jeffers*, No. 13-14685 (11th Cir.)

*Bank of America, N.A. v. Betty Boykin*, No. 13-14908 (11th Cir.)

*Bank of America, N.A. v. Ringgo Neil Buenaseda*, No. 13-15037 (11th Cir.)

*Bank of America, N.A. v. Andrew Mclean and Melessia D. McLean*, No. 13-15038 (11th Cir.)

*Wilmington Trust, National Association v. Lynette Dais Malone*, No. 13-90013 (11th Cir.).

Case No: 8:13-CV-2557-T-35
Bankruptcy No. 8:13-bk-04066-KRM

I further certify that I will serve a copy of this AMENDED NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: December 3, 2013

                        Respectfully submitted,

By:   */s/ J. Randolph Liebler*
       J. Randolph Liebler
       Florida Bar Number 044544
       Liebler, Gonzalez & Portuondo, P.A.
       44 West Flagler Street, Suite 2500
       Miami, Florida 33130
       Tel: (305)379-0400
       Fax: (305)379-9626
       E-Mail: llp@lgplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF PENDENCY OF OTHER ACTIONS was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case, and by U.S. Mail, postage-prepaid upon: Elke Bachier, Appellee, 5434 Turtle Loop, Tampa, FL 33625.

This the 3rd day of December, 2013.

       */s/ J. Randolph Liebler*
       J. Randolph Liebler
       Florida Bar Number 044544
       Liebler, Gonzalez & Portuondo, P.A.
       44 West Flagler Street, Suite 2500
       Miami, Florida 33130
       Tel: (305)379-0400
       Fax: (305)379-9626
       E-Mail: llp@lgplaw.com

       *Counsel for Bank of America, N.A.*