# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BANK OF AMERICA, N.A.,            Case No. 8:13-cv-02557-MSS

      Appellant,

vs.

ELKE MARIA BACHIER,

      Appellees.

_____

## APPELLANT'S MOTION TO DISMISS APPEAL

Pursuant to Federal Rule of Civil Procedure 41, Appellant Bank of America, N.A. ("Bank of America") moves for dismissal of this appeal with prejudice. In support of the Motion, Bank of America represents as follows.

The debtor, Elke Maria Bachier (the "Debtor," and together with Bank of America, the "Parties"), filed a Chapter 7 petition in the United States Bankruptcy Court for the Middle District of Florida. The Debtor's house is subject to two mortgage liens, and, at the time Debtor's Chapter 7 case was filed, Bank of America was the holder and/or servicer for the junior of the two liens on the Debtor's property (the "Junior Lien"). Because the outstanding balance on the first mortgage allegedly exceeded the fair market value of the house, the Debtor filed a motion seeking to strip off the Junior Lien under Section 506(d) of the Bankruptcy Code.

In light of the Eleventh Circuit's decisions in *McNeal v. GMAC Mortgage, LLC*, 477 F. App'x 562, 564 (11th Cir. 2012) and *Folendore v. Small Business Administration*, 862 F.2d 1537 (11th Cir. 1989), the Parties agreed to resolve the motion by stipulation. The Parties stipulated, and the bankruptcy court ordered, that under the reasoning of *McNeal* and the holding of

*Folendore*, Bank of America's Junior Lien on the Debtor's property may be "stripped off" or "voided," but expressly reserved Bank of America's right to seek appellate review.  Case No. 13-04066, Dkt. 17 (Bankr. M.D. Fla. Aug. 20, 2013).  Bank of America filed timely notice of appeal to this Court.

Since Bank of America filed its notice of appeal to this Court, however, the Junior Lien was service transferred to, and is now serviced by, Nationstar Mortgage LLC.  Bank of America no longer holds or services the Junior Lien.  Bank of America informed Nationstar Mortgage LLC of the pendency of this case but has received no indication from Nationstar Mortgage LLC that it is interested in pursuing this appeal.

For the foregoing reasons, Bank of America respectfully requests that the Court dismiss the appeal with prejudice.

Respectfully submitted,

By: __/s/ Laudy Luna Perez_____
Laudy Luna Perez
Florida Bar Number 044544
Liebler, Gonzalez & Portuondo, P.A.
44 West Flagler Street, Suite 2500
Miami, Florida 33130
Tel: (305)379-0400
Fax: (305)379-9626
E-Mail: llp@lgplaw.com

**Case No. 8:13-cv-02557-MSS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Appellant's Motion to Dismiss Appeal* was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case.

This the 7th day of January, 2014.

>    */s/ Laudy Luna Perez*
>    Laudy Luna Perez
>    Florida Bar Number 044544
>    Liebler, Gonzalez & Portuondo, P.A.
>    44 West Flagler Street, Suite 2500
>    Miami, Florida 33130
>    Tel: (305)379-0400
>    Fax: (305)379-9626
>    E-Mail: llp@lgplaw.com
>
>    *Counsel for Bank of America, N.A.*