**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:
**Elke Maria Bachier,**                                       Case No. 8:13-bk-04066-KRM

    Debtor.
_____/

**BANK OF AMERICA, N.A.,**

    Appellant,

v.                                                              Case No. 8:13-cv-02557-MSS

**ELKE MARIA BACHIER,**

    Appellee.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Appellant's Motion to Dismiss Appeal. (Dkt. 9) Appellee filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Middle District of Florida. (Dkt. 1-2 at ¶ 2) Appellee owns real property located at 5434 Turtle Crossing Loop, Tampa, Florida 33625 (the "Property"). (Id. at ¶ 3) The Property is subject to two mortgage liens. (Id. at ¶ 4) As of the filing of the voluntary petition, the amount outstanding on the first-priority mortgage exceeded the fair market value of the Property. (Id.)

Appellee filed a motion (the "Motion") seeking an order voiding the junior lien held and/or serviced by Appellant upon effective entry of a Chapter 7 discharge in the Appellee's bankruptcy case. The Motion was resolved in the Bankruptcy Court by a

1

Stipulated Order. (Dkt. 1-2) The Parties stipulated and the Bankruptcy Court held that under the reasoning of the U.S. Court of Appeals for the Eleventh Circuit in <u>McNeal v. GMAC Mortg., LLC</u>, No. 11-11352, 2012 WL 8964264 (11th Cir. May 11, 2012) and on the stipulated facts of this case, Appellant's junior lien may be "stripped off" or "voided" under 11 U.S.C. § 506(d). (<u>Id.</u> at ¶ 6) Accordingly, the Bankruptcy Court voided Appellant's junior lien and released Appellee from that lien. (<u>Id.</u> at 8) On August 27, 2013, Appellant filed a timely notice of appeal.

Since its notice of appeal, Appellant asserts that the junior lien has been transferred to and is now serviced by Nationstar Mortgage LLC. Appellant contends that it no longer holds or services the junior lien. Appellant asserts that it has informed Nationstar Mortgage LLC of the pendency of this case but has received no indication from Nationastar Mortgage LLC that it is interested in pursuing this appeal. Therefore, Appellant seeks to dismiss this appeal with prejudice.

Upon consideration of the foregoing, it is hereby **ORDERED** that Appellant's Motion to Dismiss Appeal (Dkt. 9) is **GRANTED to the extent** that this appeal is **DISMISSED without prejudice**. The Clerk is directed to **TERMINATE** any pending motions and to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida on this 8th day of January 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
  All Counsel of Record
  All *Pro Se* parties

2